UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:17CR167 |
| v. | : | ORDER |
| ANTONIO ROYAL-ACOSTA, | : | |
| Defendant. | : | |

## ORDER

On or about November 21, 2017, pursuant to Federal Rule of Criminal Procedure 48(a), the United States has moved to dismiss without prejudice the indictment against defendant Antonio Royal-Acosta. The Court hereby GRANTS this motion and dismisses without prejudice the indictment in this case.

DATE: 11/22/17         *s/ Thomas M. Rose*

HONORABLE THOMAS M. ROSE
UNITED STATES DISTRICT COURT